STATUS REPORT 8/15/2022

CASES ASSIGNED TO JUDGE AQUILINO

August 2022 STATUS REPORT ON PENDING GDLSK CASES ASSIGNED TO JUDGE AQUILINO:  A draft of the schedule of case status reports was provided to each Government attorney assigned to the identified cases prior to filing for review and comment.  The contents of the schedule, as filed, has been approved by Government counsel.  When the declared status of a case is not wholly within the plaintiff's control (*e.g.*, "stipulations are being contemplated," "proposed stipulations are being prepared", etc.), the Government accepts such statements but cannot confirm their accuracy.

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 08/15/2022 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 08-00367 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 08-00407 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 08-00408 | Value - First Sale Classification - gloves | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00074 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00075 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00076 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00077 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |

STATUS REPORT 8/15/2022

CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 08/15/2022 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00107 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00112 | Value - First Sale Classification - gloves | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00113 | Value - First Sale Classification - jackets | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00114 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00115 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00131 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00147 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00176 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00178 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |

STATUS REPORT 8/15/2022

CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 08/15/2022 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00179 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00319 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00320 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00321 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00322 | Value - First Sale Classification - gloves | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00388 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00389 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00393 | Value - First sale Classification - pants | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00417 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |

STATUS REPORT 8/15/2022

CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 08/15/2022 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00418 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00512 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00513 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 09-00517 | Value - First Sale; Classification - gloves | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 10-00005 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 10-00006 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 10-00008 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 10-00009 | Value - First sale Classification - pants | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 10-00024 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |

STATUS REPORT 8/15/2022

CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 08/15/2022 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 10-00025 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 10-00027 | Value - First Sale; Classification - gloves | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 10-00028 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 10-00078 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 10-00079 | Value - First Sale; Classification - gloves | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 10-00080 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review. |
| ALPINESTARS S.P.A. | 11-00007 | Value - First Sale | Stipulation under review at DOJ.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Plaintiff provided additional records on 4/28/22.  The parties had a status call on 6/16/22, pursuant to which defendant requested additional records on selected entries covering all pending cases.  Plaintiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| Express Inc. | 05-00500 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017.   In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. As of August 11, 2022, revised stipulation remains under consideration by Defendant. |
| Express LLC | 02-00822 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017.  In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. As of August 11, 2022, revised stipulations remain under consideration by Defendant. |

STATUS REPORT 8/15/2022

CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 08/15/2022 |
|---|---|---|---|
| Express, Inc. | 06-00001 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017.   In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. As of August 11, 2022, revised stipulations remain under consideration by Defendant. |
| Express, Inc. | 06-00197 | Classification - Shelf Bra Tops | Stipulation sent to DOJ June 15, 2017.   In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. As of August 11, 2022, revised stipulations remain under consideration by Defendant. |
| Saramax | 00-00539 | Classification - Shelf Bra Tops | Stipulation sent to DOJ 5/8/2017.  In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. As of August 11, 2022, revised stipulations remain under consideration by Defendant. |
| Saramax Apparel Group Ltd. | 03-00897 | Classification - Shelf Bra Tops | Stipulation sent to DOJ 5/8/2017.  In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. As of August 11, 2022, revised stipulations remain under consideration by Defendant. |
| Saramax Apparel Group Ltd. | 04-00395 | Classification - Shelf Bra Tops | Stipulation sent to DOJ 5/8/2017.  In May 2022, plaintiff sent a revised stipulation to the Government, which the Government is now reviewing. As of August 11, 2022, revised stipulations remain under consideration by Defendant. |
| VIEWTECH INC. | 08-00250 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 08-00252 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 08-00253 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 08-00254 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 09-00116 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 09-00146 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 09-00173 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |

STATUS REPORT 8/15/2022

CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 08/15/2022 |
|---|---|---|---|
| VIEWTECH INC. | 09-00419 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 10-00112 | Classification - Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |
| VIEWTECH INC. | 11-00008 | Digital Satellite receivers | Stipulation sent to DOJ 10/15/2015.  Supplemental information provided 5/10/2017.  DOJ notified plaintiff's counsel on 1/20/2020 that the government's position is forthcoming but has not yet proivided an update. |